UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SMITH,<br><br>         Plaintiff,<br><br>    v.<br><br>CDCR EDUCATION DEPARTMENT,<br><br>         Defendant. | Case No.  1:20-cv-00716-JDP<br><br>ORDER CONSTRUING PLAINTIFF'S FILING AS A MOTION<br><br>ECF No. 13<br><br>ORDER DIRECTING THE CLERK TO CORRECT THE DOCKET |

Plaintiff has requested that the case caption be corrected to reflect that the only defendant against which he is now proceeding is the CDCR Education Department.  ECF No. 13. Accordingly, it is hereby ordered that:

1. The court construes plaintiff's filing, ECF No. 13, as a motion.
2. Plaintiff's motion, ECF No. 13, is granted.
3. The clerk of court is directed to correct the docket to reflect only defendant CDCR Education Department and show other defendants as terminated because all other defendants have been voluntarily dismissed by plaintiff.  ECF No. 8.

1

1
2  IT IS SO ORDERED.
3
4  Dated:    November 6, 2020                    _____
                                                 UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28